ANTHONY J. DECRISTOFORO (SB #166171)
ajdecristoforo@stoel.com
CARISSA M. BEECHAM (SB #254625)
cmbeecham@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendant
Checksmart Financial, LLC

MICHAEL A. GOULD (SB #151851)
AARIN A. ZEIF (SB #247088)
GOULD & ASSOCIATES
17822 East 17th Street, Suite 106
Tustin, CA 92780
Telephone:  (714) 669-2850
Facsimile:  (714) 544-0800

Attorneys for Plaintiff
Brittany Loforti

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRITTANY LOFORTI,<br><br>             Plaintiff,<br><br>      v.<br><br>CHECKSMART FINANCIAL, LLC, a corporation; and<br>DOES 1 through 25,<br><br>             Defendants. | Case No. 2:12-CV-02994-JAM-AC<br><br>STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
AMENDING PRETRIAL SCHEDULING ORDER

2:12-CV-02994-JAM-AC

74730334.1 0043773-00010

## STIPULATION

WHEREAS on February 12, 2013, this Court issued its Pretrial Scheduling Order (ECF 8, filed February 12, 2013) setting October 18, 2013, as the last day to make expert witness disclosures; October 25, 2013, as the last day to make supplemental disclosure and disclosure of any rebuttal experts; and December 13, 2013, as the date all discovery shall be completed;

WHEREAS Plaintiff Brittany Loforti ("Loforti") and Defendant Checksmart Financial LLC ("Checksmart") (collectively with Loforti, the "Parties") have been involved in completing discovery including depositions but, due to mutual scheduling conflicts, the Parties are unable to adequately assess whether expert witnesses will be required prior to the expert witness disclosure date of October 18, 2013, and complete all discovery prior to the discovery cut-off date of December 13, 2013;

WHEREAS the Parties have noticed depositions that must be completed before the Parties may assess the need for expert witnesses in this matter;

WHEREAS good cause exists for, and none of the Parties to this matter shall be prejudiced by, an extension of the last day to designate expert witnesses to December 3, 2013, extension of the last day for supplemental disclosure and disclosure of rebuttal experts to December 10, 2013, and extension of the date for completion of discovery to December 20, 2013;

WHEREAS the Parties stipulate and agree to extend the date to designate expert witnesses to December 3, 2013, extend the date for supplemental disclosure and disclosure of rebuttal experts to December 10, 2013, and extend the date for the completion of discovery to December 20, 2013; and

WHEREAS the Parties recognize that the date for filing any dispositive motions is January 8, 2014, and also believe the extensions contained in this Stipulation and Proposed Order will not affect or require modification of the trial date or any other dates in the Court's Pretrial Scheduling Order, including the date for filing dispositive motions.

1  THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD,
2  HEREBY STIPULATE pursuant to Fed. R. Civ. P. 16(b)(4) and request that the Court amend its
3  Pretrial Scheduling Order to extend the last day to make expert witness disclosures under Fed. R.
4  Civ. P. 26(a)(2) to December 3, 2013, the last day for supplemental disclosure and disclosure of
5  any rebuttal experts under Fed. R. Civ. P. 26 (a)(2)(c) to December 10, 2013, and the date for
6  completion of discovery to December 20, 2013.

Dated: October 4, 2013          STOEL RIVES LLP

                                By:/s/ Carissa M. Beecham
                                   Anthony J. DeCristoforo
                                   Carissa M. Beecham
                                   Attorneys for Defendant
                                   Checksmart Financial, LLC

Dated: October 4, 2013          GOULD & ASSOCIATES

                                By:/s/ Aarin A. Zeif  (as authorized on
                                October 4, 2013, signature on file)
                                   Michael A. Gould
                                   Aarin A. Zeif
                                   Attorneys for Plaintiff
                                   Brittany Loforti

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
AMENDING PRETRIAL SCHEDULING ORDER         -2-         2:12-CV-02994-JAM-AC

74730334.1 0043773-00010

## ORDER

As the Parties have stipulated to an extension of the time for expert witness designations, the Court finds good cause to amend its Pretrial Scheduling Order to continue the date for expert witness disclosure to December 3, 2013, continue the date for supplemental expert witness disclosure to December 10, 2013, and continue the date for the completion of discovery to December 20, 2013. All other dates contained in the Court's Pretrial Scheduling Order, including the trial date, remain unchanged.

IT IS SO ORDERED.

Dated:  10/7/2013                               /s/ John A. Mendez_____

                                                            Honorable John A. Mendez
                                                            United States District Court Judge