1  Michael A. Gould (SBN 151851)
2  Aarin A. Zeif (SBN 247088)
   GOULD & ASSOCIATES
3  A Professional Law Corporation
4  17822 East 17th Street, Suite 106
   Tustin, California 92780
5  Telephone: (714) 669-2850
6  Telecopier: (714) 544-0800

7  Attorneys for Plaintiff
8  Brittany Loforti

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY LOFORTI, | **CASE NO.: 2:12-cv-02994-JAM-AC** |
| | Honorable Judge John A. Mendez |
| Plaintiff, | |
| v. | **ORDER PURSUANT TO STIPULATION FOR DISMISSAL OF FIRST AND SECOND CAUSES OF ACTION WITH PREJUDICE** |
| CHECKSMART FINANCIAL, LLC, a corporation, and DOES 1 through 25, | |
| | Case Filed: September 21, 2012 |
| Defendants. | |

ORDER

Based on the Stipulation of the Parties and upon a finding of good cause, the first (allegations of violation of CFRA) and the second (allegations of retaliation in violation of CFRA) causes of action asserted in this Action shall be, and are, voluntarily DISMISSED WITH PREJUDICE, and neither party will seek attorneys' fees or costs from the other with respect to the dismissal of these two causes of action.

Dated: 11/22/2013                              /s/ John A. Mendez
                                               United States District Court Judge