ANTHONY J. DECRISTOFORO (SB #166171)
ajdecristoforo@stoel.com
CARISSA M. BEECHAM (SB #254625)
cmbeecham@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendant
Checksmart Financial, LLC

MICHAEL A. GOULD (SB #151851)
AARIN A. ZEIF (SB #247088)
GOULD & ASSOCIATES
17822 East 17th Street, Suite 106
Tustin, CA 92780
Telephone:  (714) 669-2850
Facsimile:  (714) 544-0800

Attorneys for Plaintiff
Brittany Loforti

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRITTANY LOFORTI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHECKSMART FINANCIAL, LLC, a corporation; and<br>DOES 1 through 25,<br><br>　　　　　　Defendants. | Case No. 2:12-CV-02994-JAM-AC<br><br>**STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER** |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
AMENDING PRETRIAL SCHEDULING ORDER

2:12-CV-02994-JAM-AC

74730334.1 0043773-00010

## STIPULATION

WHEREAS on February 12, 2013, this Court issued its Pretrial Scheduling Order (ECF 8);

WHEREAS on October 4, 2013, Plaintiff Brittany Loforti ("Loforti") and Defendant Checksmart Financial LLC ("Checksmart") (collectively, the "Parties") filed a Stipulation and Proposed Order (ECF 11) to extend the time for expert witness disclosures, supplemental and rebuttal expert witness disclosures, and completion of discovery, and on October 7, 2013 the Court signed an Order Amending Pretrial Scheduling Order (ECF 13) as requested by the Parties;

WHEREAS pursuant to the Order Amending Pretrial Scheduling Order (ECF 13), the deadline to disclose experts is December 3, 2013, the deadline to disclose supplemental and rebuttal experts is December 10, 2013, and the deadline to complete discovery is December 20, 2013;

WHEREAS the Parties have agreed to submit this case to mediation before a private mediator in the hopes of resolving the case without the additional expenditure of time and resources of the Parties and the Court;

WHEREAS the Parties have completed enough discovery to be able to participate in mediation, but have additional discovery to conduct in order to be fully prepared for trial, including the depositions of additional fact and expert witnesses;

WHEREAS Checksmart intends to file, and Loforti intends to oppose, a motion for summary judgment which, under the Pretrial Scheduling Order must be filed no later than January 8, 2014, and heard no later than February 5, 2014;

WHEREAS the Parties believe that they are more likely to settle the case at mediation if they can refrain from incurring the cost, before mediation, of the remaining discovery, including expert discovery, and the respective costs of preparing and opposing a motion for summary judgment;

WHEREAS based on the availability of the mediator to whom the Parties have agreed, the Parties anticipate that the mediation will be completed no later than mid-January, 2014;

1  WHEREAS good cause exists for, and neither of the Parties to this matter shall be prejudiced by, a continuance of approximately 60 days of each of the dates set forth in the Court's Pretrial Scheduling Order (ECF 8) and Order Amending Pretrial Scheduling Order (ECF 13);

THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, HEREBY STIPULATE pursuant to Fed. R. Civ. P. 16(b)(4) and request that the Court amend its Pretrial Scheduling Order and Order Amending Pretrial Scheduling Order to extend by approximately 60 days, the last day to make expert witness disclosures under Fed. R. Civ. P. 26(a)(2), the last day for supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26 (a)(2)(c), the date for completion of discovery, the deadlines for filing and hearing dispositive motions, the date for conducting the final pretrial conference, and the trial date.

Dated:  November 25, 2013          STOEL RIVES LLP


                                   By:/s/ Anthony J. DeCristoforo
                                      Anthony J. DeCristoforo
                                      Carissa M. Beecham
                                      Attorneys for Defendant
                                      Checksmart Financial, LLC


Dated:  November 25, 2013          GOULD & ASSOCIATES


                                   By:/s/ Aarin A. Zeif
                                      Michael A. Gould
                                      Aarin A. Zeif
                                      Attorneys for Plaintiff
                                      Brittany Loforti

# **ORDER**

As the Parties have agreed to mediation of this case, the Court finds good cause to amend its Pretrial Scheduling Order (ECF 8) and Order Amending Pretrial Scheduling Order (ECF 13), and to continue the following deadlines and events as indicated:

Expert witness disclosures: **February 7, 2014;**

Supplemental disclosure and disclosure of rebuttal experts: **February 14, 2014;**

Discovery to be completed: **March 28, 2014;**

Dispositive motions to be filed by: **May 7, 2014;**

Dispositive motions to be heard on: **June 4, 2014 at 9:30 a.m.;**

Joint pretrial statement due: **July 3, 2014;**

Final pre-trial conference: **July 11, 2014 at 10:00 a.m.; and**

Jury Trial setting: **August 18, 2014 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: 11/26/2013                                       /s/ John A. Mendez_____
                                                        Honorable John A. Mendez
                                                        United States District Court Judge