1  Michael A. Gould (SBN 151851)
2  Aarin A. Zeif (SBN 247088)
   GOULD & ASSOCIATES
3  A Professional Law Corporation
4  17822 East 17th Street, Suite 106
   Tustin, California 92780
5  Telephone: (714) 669-2850
6  Telecopier: (714) 544-0800

7  Attorneys for Plaintiff
8  Brittany Loforti

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY LOFORTI, | **CASE NO.: 2:12-cv-02994-JAM-AC** |
| | Honorable Judge John A. Mendez |
| Plaintiff, | |
| | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| CHECKSMART FINANCIAL, LLC, a Corporation, and DOES 1 through 25, | |
| | Case Filed: September 21, 2012 |
| Defendants. | |

- 1 -

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

ORDER

Based on the Stipulation for Dismissal with Prejudice and upon a finding of good cause, the Court hereby orders this action shall be, and is voluntarily DISMISSED WITH PREJUDICE, and no party will seek attorneys' fees or costs against any party to this action.

Dated: 2/3/2014                                  /s/ John A. Mendez
                                                      Hon. Judge John A. Mendez
                                                    United States District Court Judge